**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 73 WAL 2018

          Respondent          :

                                :  Petition for Allowance of Appeal from

                                :  the Order of the Superior Court

          v.               :

                                  :

HOWARD FREEMAN, JR. A/K/A     :
HOWARD FREEMAN,             :

                                  :

          Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.